IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







NOS. PD-826-06, PD-827-06, PD-828-06, PD-829-06, 

PD-830-06, PD-831-06, PD-832-06, PD-833-06






THE STATE OF TEXAS, Appellant


v.


JOHN DOMINICK COLYANDRO, JAMES WALTER ELLIS, and

THOMAS DALE DELAY, Appellees




ON STATE'S PETITIONS FOR DISCRETIONARY REVIEW


FROM THE THIRD COURT OF APPEALS


TRAVIS COUNTY





 Per curiam.


O R D E R 



 On March 30, 2007, the State filed motions for leave to file reply briefs to John
Dominick Colyandro's post-submission supplemental briefs, which were filed on March 8,
2007, with our permission. The State's motions for leave to file reply briefs to Colyandro's
post-submission supplemental briefs are granted. The parties shall submit any additional
briefing for filing in this Court on or before May 8, 2007. Additional briefing will not be
accepted for filing after May 8, 2007. Motions for extension of time will not be entertained. 


 IT IS SO ORDERED THIS THE 18th DAY OF April, 2007.


Do Not Publish